**Edwin C. LESTER, Movant,**

v.

**KENTUCKY BAR ASSOCIATION,
Respondent.**

**No. 93–SC–38–KB.**

Supreme Court of Kentucky.

May 11, 1995.

Edwin C. Lester, Louisville, pro se.

Bruce K. Davis, Executive Director, Barbara S. Rea, Kentucky Bar Ass'n, Frankfort, for respondent.

*ORDER*

The application of Edwin C. Lester for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.500(1).

Mr. Lester shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur, except LEIBSON, J., not sitting.

/s/ Robert F. Stephens
ROBERT F. STEPHENS
Chief Justice